July 25, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE MATTER OF THE MARRIAGE OF ANDRZEJ ADAMSKI AND OKSANA ADAMSKI

NO. 14-16-00099-CV

_____

This cause, an appeal from the final decree of divorce dissolving the marriage of appellant Andrzej Adamski and appellee Oksana Adamski, signed February 2, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. Accordingly, we order the judgment of the court below **AFFIRMED**.

We further order appellant Andrzej Adamski to pay all costs incurred in this appeal.

We order this decision certified below for observance.